# United States District Court
## Violation Notice

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 0553 | 9162578 | WOODRUFF | 1617 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 09/12/2023 1400
Offense Charged: ☒ CFR ☐ USC ☐ State Code
38 CFR 1.218(b)(11)

Place of Offense: 420 North James Road Columbus OH, 43219 4th FLR Directors Suite

Offense Description: Factual Basis for Charge: Disorderly Conduct, conduct that creates a loud and boisterous noise, conduct which tends to impede or prevent normal operation of a service. HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Cui
First Name: Huayang

[Street Address redacted]

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: Clerk of Courts, 85 Marconi Blvd Suite 260, Columbus, Oh 43215
Date: 01/17/2024
Time: 11:00am

X Defendant Signature: [signature]

Original - CVB Copy

*9162578*

---

I state that on September 12, 2023 while exercising my duties as a law enforcement officer in the Southern District of OHIO

I, Criminal Investigator Alexandria Warlnuff, was assigned to conduct an investigation on Huayang Cui for disorderly conduct. On September 12, 2023, Mr. Cui became loud and boisterous while on the phone preventing normal operation of a service.

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/29/2023
Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident